# Court of Appeals
# of the State of Georgia

ATLANTA, January 14, 2021

*The Court of Appeals hereby passes the following order*

**A21I0115. LATOYA JANAE' IFILL, AS TEMPORARY ADMINISTRATOR OF THE ESTATE OF RE'ASIA WASHINGTON et al. v. SOUTHSIDE COMMUNITIES FIRE PROTECTION, INC. d/b/a CHATHAM EMS et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

STCV2000384



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, January 14, 2021.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*